Todd M. Friedman (216752)
Adrian R. Bacon (280332)
Kelsey L. Kuberka (321619)
**Law Offices of Todd M. Friedman, P.C.**
21550 Oxnard Street, Suite 780
Woodland Hills, CA 91367
Phone: (323) 306-4234
Fax: (866)633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
kkuberka@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY NAIMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>RAYOSUN, LLC., FREEDOM SOLAR SERVICES, LLC, and DOES 1 through 10, inclusive, and each of them,<br><br>Defendant. | Case No. 3:19-cv-00256-JSC<br><br>**PLAINTIFF'S NOTICE RE: ORDER RE: MOTION TO DISMISS**<br><br>**DATE:** April 4, 2019<br>**TIME:** 2:00 P.M.<br>**DEPT:** F<br>**JUDGE:** Hon. Jacqueline S. Corley |

Plaintiff respectfully requests in the interest of efficient adjudication of the issues against *all* parties, the Court continue the hearing on the motion to dismiss to a later date with the expectation that all parties will appear and consent to magistrate jurisdiction. Because this action is premised in vicarious liability,

1

Plaintiff would be prejudiced by severance of the parties by adjudicating the same claims on the merits in both this and the severed action.

As the Court noted, Rayosun has been served but has not yet appeared and Plaintiff is diligently working to serve Freedom Solar Services, pursuant to Fed. R. Civ. P. 4(m).

Therefore, Plaintiff respectfully requests the Court continue the hearing on the motion to dismiss to a later date, to permit proper service and appearance of *all* parties, with the expectation that all parties will appear and consent to magistrate jurisdiction, and should the non-appearing parties default or fail to consent to magistrate jurisdiction, the case would be properly adjudicated as one action.

Dated:  March 25, 2019	Respectfully submitted,

LAW OFFICES OF TODD M. FRIEDMAN, PC


By:   /s Todd Friedman
       Todd M. Friedman, Esq.
       Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

Filed electronically on this 25th day of March, 2019, with:

United States District Court CM/ECF system

Notification sent electronically on this 25th day of March, 2019, to:

Honorable Jacqueline Scott Corley
United States District Court
Northern District of California

And all Counsel of Record as Recorded on the Electronic Service List.

This 25th Day of March, 2019

<u>s/Todd M. Friedman, Esq.</u>
Todd M. Friedman

1