UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY NAIMAN,<br><br>    Plaintiff,<br><br>v.<br><br>FREEDOM FOREVER, LLC, et al.,<br><br>    Defendants. | Case No. 19-cv-00256-JSC<br><br>**ORDER TO SHOW CAUSE TO PLAINTIFF** |

Plaintiff failed to appear—in person or otherwise—at the October 2, 2019 hearing on Defendants' motion to dismiss the second amended complaint, despite the Court's order at the previous hearing on July 11, 2019 that Plaintiff's counsel appear in person. (*See* Dkt. No. 46 at 7:9-11.) Accordingly, Plaintiff shall respond in writing by October 11, 2019 and explain why this matter should not be dismissed for failure to prosecute. The Court will hold a hearing on the Order to Show Cause and a further hearing on the motion to dismiss on October 17, 2019 at 9:00 a.m. **Plaintiff's counsel must appear in person at the October 17 hearing.**

Further, by October 11, 2019, Defendants are permitted to file a further written submission addressing the December 2017 email Plaintiff submitted in response to the Court's October 1, 2019 Order. (*See* Dkt. Nos. 60 & 61.) Defendants' submission shall not exceed five pages.

**IT IS SO ORDERED.**

Dated: October 2, 2019

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge