Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
 abacon@ toddflaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY NAIMAN and DEBORAH SCHICK, individually and on behalf of all others similarly situated, <br><br>Plaintiffs, <br><br>vs. <br><br>FREEDOM SOLAR SERVICES, INC, FREEDOM FOREVER, LLC and DOES 1 through 10, inclusive, and each of them, <br><br>Defendant. | Case No. <br><br>3:19-cv-00256-JSC <br><br>**NOTICE OF SETTLEMENT AS TO INDIVIDUAL CLAIMS ONLY** |

NOW COMES THE PLAINTIFFS by and through their attorney to respectfully notify this Honorable Court that this case has settled individually. Plaintiffs request that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. Dispositional documents will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Dated**:** December 3, 2019        **Law Offices of Todd M. Friedman, P.C.**

                                By: s/ Adrian R. Bacon
                                       Adrian R. Bacon

# CERTIFICATE OF SERVICE

Filed electronically on December 3, 2019, with:

United States District Court CM/ECF system

Notification sent electronically on December 3, 2019, to:

To the Honorable Court, all parties and their Counsel of Record


s/Adrian R. Bacon
  Adrian R. Bacon